**(Official Form 1) (10/05)**

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**PORT SILVER LIMITED PARTNERSHIP** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>**36-3883705** | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all) |
| Street Address of Debtor (No. & Street, City, and State):<br>**8725 West Higgins Road**<br>**Suite 100**<br>**Chicago, IL**     ZIP Code **60631** | Street Address of Joint Debtor (No. & Street, City, and State):     ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):     ZIP Code | Mailing Address of Joint Debtor (if different from street address):     ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor (Form of Organization)<br>(Check one box) | Nature of Business<br>(Check all applicable boxes.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>☐ Corporation (includes LLC and LLP)<br>■ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and provide the information requested below.)<br>State type of entity: | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Nonprofit Organization qualified under 26 U.S.C. § 501(c)(3) | ☐ Chapter 7     ■ Chapter 11     ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9     ☐ Chapter 12     ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 13 |

**Nature of Debts** (Check one box)
☐ Consumer/Non-Business     ■ Business

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only)  Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br><br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2 million. |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br><br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

**FORM B1**, Page 2

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):

**PORT SILVER LIMITED PARTNERSHIP**

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed: **- None -** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr>
<td>

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

</td>
<td>

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.
I further certify that I delivered to the debtor the notice required by §342(b) of the Bankruptcy Code.

**X** _____
    Signature of Attorney for Debtor(s)       Date

</td>
</tr>
<tr>
<td>

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No

</td>
<td>

**Certification Concerning Debt Counseling
by Individual/Joint Debtor(s)**

☐ I/we have received approved budget and credit counseling during the 180-day period preceding the filing of this petition.

☐ I/we request a waiver of the requirement to obtain budget and credit counseling prior to filing based on exigent circumstances. (Must attach certification describing.)

</td>
</tr>
</table>

**Information Regarding the Debtor (Check the Applicable Boxes)**

**Venue** (Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
*Check all applicable boxes.*

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

(Official Form 1) (10/05)

FORM B1, Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):

**PORT SILVER LIMITED PARTNERSHIP**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by §342(b) of the Bankruptcy Code.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney

X  **/s/ JOSEPH E. COHEN**
Signature of Attorney for Debtor(s)

**JOSEPH E. COHEN 3123243**
Printed Name of Attorney for Debtor(s)

**COHEN & KROL**
Firm Name

**105 West Madison Street**
**Suite 1100**
**Chicago, IL 60602**

Address

**312-368-0300  Fax: 312-368-4559**
Telephone Number

**June 27, 2006**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ RUSSEL H. LUBLINER**
Signature of Authorized Individual

**RUSSEL H. LUBLINER**
Printed Name of Authorized Individual

**Pres. of G.E.R. Higgins Corp.,gen.partner**
Title of Authorized Individual

**June 27, 2006**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by §1515 of title 11 are attached.

☐ Pursuant to §1511 of title 11, United States Code, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose social security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Form 4
(10/05)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **PORT SILVER LIMITED PARTNERSHIP**                    Case No. _____

Debtor(s)                    Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **ANICHINI BROTHERS, INC.**<br>**545 North Wells Street**<br>**Chicago, IL 60610** | **ANICHINI BROTHERS, INC.**<br>**545 North Wells Street**<br>**Chicago, IL 60610** | | | 4,830.60 |
| **BON TON**<br>**275 East Hintz Road**<br>**Wheeling, IL 60090** | **BON TON**<br>**275 East Hintz Road**<br>**Wheeling, IL 60090** | | | 1,205.22 |
| **BRAVO RESTAURANTS, INC.**<br>**600 West Jackson Blvd.**<br>**Suite 200**<br>**Chicago, IL 60661** | **BRAVO RESTAURANTS, INC.**<br>**600 West Jackson Blvd.**<br>**Suite 200**<br>**Chicago, IL 60661** | **GEMA 2.5%** | | 149,255.70 |
| **BRAVO RESTAURNATS, INC.**<br>**600 West Jackson Blvd.**<br>**Suite 200**<br>**Chicago, IL 60661** | **BRAVO RESTAURNATS, INC.**<br>**600 West Jackson Blvd.**<br>**Suite 200**<br>**Chicago, IL 60661** | **GERC** | | 114,818.95 |
| **EDWARD DON AND COMPANY**<br>**2562 Paysphere circle**<br>**Chicago, IL 60674** | **EDWARD DON AND COMPANY**<br>**2562 Paysphere circle**<br>**Chicago, IL 60674** | | | 13,502.17 |
| **FRIEDMAN, GOLDBRG & MINTZ**<br>**2801 Lakeside Drive**<br>**3rd Floor**<br>**Bannockburn, IL 60015-1211** | **FRIEDMAN, GOLDBRG & MINTZ**<br>**2801 Lakeside Drive**<br>**3rd Floor**<br>**Bannockburn, IL 60015-1211** | | | 2,320.00 |
| **GRECO AND SONS, INC.**<br>**1550 Hecht Road**<br>**Bartlett, IL 60103** | **GRECO AND SONS, INC.**<br>**1550 Hecht Road**<br>**Bartlett, IL 60103** | | | 13,365.10 |
| **HIGGINS ROAD, LLC**<br>**9801 West Higgins Road**<br>**Suite 120**<br>**Rosemont, IL 60018** | **HIGGINS ROAD, LLC**<br>**9801 West Higgins Road**<br>**Suite 120**<br>**Rosemont, IL 60018** | **Old Landlord for old location** | **Disputed** | 45,866.28 |
| **JONES LANG LaSALLE AMERICAS, INC.**<br>**O'HARE PLAZA I, LLC**<br>**22806  Network Place**<br>**Chicago, IL 60673-1228** | **JONES LANG LaSALLE AMERICAS, INC.**<br>**O'HARE PLAZA I, LLC**<br>**22806  Network Place**<br>**Chicago, IL 60673-1228** | | | 43,357.31 |

In re   **PORT SILVER LIMITED PARTNERSHIP**    Case No.                   

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| LINDA LEE ENTERPRISES, d/b/a<br>FTS Insurance Agency<br>105 Schelter Road<br>Lincolnshire, IL 60069 | LINDA LEE ENTERPRISES, d/b/a<br>FTS Insurance Agency<br>105 Schelter Road<br>Lincolnshire, IL 60069 | | | 1,252.00 |
| MANCUSO CHEESE COMPANY<br>612 Mills Road<br>Joliet, IL 60433 | MANCUSO CHEESE COMPANY<br>612 Mills Road<br>Joliet, IL 60433 | | | 5,820.73 |
| MASON, SILVER, WENK & MISHKIN<br>1033 Skokie Blvd.<br>Suite 250<br>Northbrook, IL 60062 | MASON, SILVER, WENK & MISHKIN<br>1033 Skokie Blvd.<br>Suite 250<br>Northbrook, IL 60062 | | | 9,340.00 |
| RUSSEL LUBLINER<br>2626 North Lakeview<br>Unit 403<br>Chicago, IL 60614 | RUSSEL LUBLINER<br>2626 North Lakeview<br>Unit 403<br>Chicago, IL 60614 | | | 44,223.79 |
| RUSSEL LUBLINER<br>2626 North Lakeview<br>Unit 403<br>Chicago, IL 60614 | RUSSEL LUBLINER<br>2626 North Lakeview<br>Unit 403<br>Chicago, IL 60614 | wages | | 4,925.00 |
| SCALA'S PACKING COMPANY<br>701-707 North Orleans Street<br>Chicago, IL 60610 | SCALA'S PACKING COMPANY<br>701-707 North Orleans Street<br>Chicago, IL 60610 | | | 1,026.50 |
| SOUTHERN WINE & SPIRITS OF ILLINOIS<br>135 South LaSalle Street<br>Dept. 2971<br>Chicago, IL 60674-2971 | SOUTHERN WINE & SPIRITS OF ILLINOIS<br>135 South LaSalle Street<br>Dept. 2971<br>Chicago, IL 60674-2971 | | | 2,580.94 |
| SUNNYSIDE FRESH FOODS<br>1411 South 4th Avenue<br>Des Plaines, IL 60018 | SUNNYSIDE FRESH FOODS<br>1411 South 4th Avenue<br>Des Plaines, IL 60018 | | | 2,077.76 |
| SYSCO FOOD SERVICES<br>P. O. Box 5037<br>Des Plaines, IL 60017-5037 | SYSCO FOOD SERVICES<br>P. O. Box 5037<br>Des Plaines, IL 60017-5037 | | | 8,990.97 |
| TURANO BAKING COMPANY<br>36749 Eagle Way<br>Chicago, IL 60678-1367 | TURANO BAKING COMPANY<br>36749 Eagle Way<br>Chicago, IL 60678-1367 | | | 2,085.44 |
| WILLIAM J. KAMM & SONS, INC.<br>7N024 Medinah Road<br>P. O. Box 129<br>Medinah, IL 60157-0129 | WILLIAM J. KAMM & SONS, INC.<br>7N024 Medinah Road<br>P. O. Box 129<br>Medinah, IL 60157-0129 | | Disputed | 15,538.24 |

In re    **PORT SILVER LIMITED PARTNERSHIP** _____    Case No. _____
                                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Pres. of G.E.R. Higgins Corp.,gen.partner of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **June 27, 2006** _____    Signature   **/s/ RUSSEL H. LUBLINER** _____
                                                **RUSSEL H. LUBLINER**
                                                **Pres. of G.E.R. Higgins Corp.,gen.partner**

_Penalty for making a false statement or concealing property_:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Form B6D
(10/05)

In re    **PORT SILVER LIMITED PARTNERSHIP**                                    ,    Case No. _____
                                                        Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C§112; Fed.R.Bankr.P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

■ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community<br>H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

_**0**_ continuation sheets attached

| | Subtotal<br>(Total of this page) | |
|---|---|---|
| | Total<br>(Report on Summary of Schedules) | **0.00** |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6E
(10/05)

In re    **PORT SILVER LIMITED PARTNERSHIP**                                Case No. _____
                                                                ,
                                        Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority,  listed separately by type of priority,  is to be set forth on the sheets provided.  Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C.§112; Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community". If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. If applicable, also report this total on the Means Test form.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic support obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

\*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____  continuation sheets attached

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

Form B6E - Cont.
(10/05)

In re  **PORT SILVER LIMITED PARTNERSHIP**                                          Case No. _____
                                                                   ,
                                                Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C — Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | wages | | | | | |
| **RUSSEL LUBLINER** **2626 North Lakeview** **Unit 403** **Chicago, IL 60614** | | - | | | | | 4,925.00 | 4,925.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet  __1__  of  __1__  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 4,925.00 | 4,925.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 4,925.00 | 4,925.00 |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

Form B6F
(10/05)

In re     **PORT SILVER LIMITED PARTNERSHIP**                              ,     Case No. _____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C.§112; Fed.R.Bankr.P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐     Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **ANICHINI BROTHERS, INC.** **545 North Wells Street** **Chicago, IL 60610** | - | | | | | | **4,830.60** |
| Account No. | | | | | | | |
| **ARC DISPOSAL COMPANY** **P. O. Box 9001822** **Louisville, KY 40290** | | | | | | | **518.14** |
| Account No. | | | | | | | |
| **BON TON** **275 East Hintz Road** **Wheeling, IL 60090** | - | | | | | | **1,205.22** |
| Account No. | | | **GEMA 2.5%** | | | | |
| **BRAVO RESTAURANTS, INC.** **600 West Jackson Blvd.** **Suite 200** **Chicago, IL 60661** | - | | | | | | **149,255.70** |
| __6__ continuation sheets attached | | | | Subtotal (Total of this page) | | | **155,809.66** |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                              S/N:29730-060614     Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re  **PORT SILVER LIMITED PARTNERSHIP**                                        ,        Case No. _____
                                                                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | GERC | | | | | | |
| **BRAVO RESTAURNATS, INC.** **600 West Jackson Blvd.** **Suite 200** **Chicago, IL 60661** | - | | | | | | | 114,818.95 |
| Account No. | | | | | | | | |
| **BUSINESS PAPER PRODUCTS** **3057 North Rockwell** **Chicago, IL 60618** | - | | | | | | | 818.05 |
| Account No. | | | | | | | | |
| **CITY BEVERAGE-ARLINGTON HEIGHTS** **1401 E. Algonquin Road** **Arlington Heights, IL 60005** | - | | | | | | | 193.40 |
| Account No. | | | | | | | | |
| **COMCAST** **P. O. Box 3002** **Southeastern, PA 19398-3002** | - | | | | | | | 191.89 |
| Account No. | | | | | | | | |
| **CONWAY IMPORT CO.** **11051 West Addison Street** **Franklin Park, IL 60131-1496** | - | | | | | | | 223.99 |

Sheet no. __1__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

116,246.28

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re   **PORT SILVER LIMITED PARTNERSHIP** _____,   Case No. _____
                                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **COZZINI, INC.** 350 Howard Des Plaines, IL 60018 | - | | | | | | | 324.00 |
| Account No. | | | | | | | | |
| **DARLING INTERNATIONAL, INC.** P. O. Box 552210 Detroit, MI 48255-2210 | - | | | | | | | 134.71 |
| Account No. | | | | | | | | |
| **EDWARD DON AND COMPANY** 2562 Paysphere circle Chicago, IL 60674 | - | | | | | | | 13,502.17 |
| Account No. | | | | | | | | |
| **FOLEY & LARDNER** 321 N. Clark Chicago, IL 60610 | - | | | | | | | 600.00 |
| Account No. | | | | | | | | |
| **FRIEDMAN, GOLDBRG & MINTZ** 2801 Lakeside Drive 3rd Floor Bannockburn, IL 60015-1211 | - | | | | | | | 2,320.00 |

Sheet no. __2__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

16,880.88

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re   **PORT SILVER LIMITED PARTNERSHIP** _____,   Case No. _____
                                                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| **GRECO AND SONS, INC.** 1550 Hecht Road Bartlett, IL 60103 | - | | | | | | | | 13,365.10 |
| Account No. | | | | | Old Landlord for old location | | | | |
| **HIGGINS ROAD, LLC** 9801 West Higgins Road Suite 120 Rosemont, IL 60018 | - | | | | | | | X | 45,866.28 |
| Account No. | | | | | | | | | |
| **JONES LANG LaSALLE AMERICAS, INC.** O'HARE PLAZA I, LLC 22806  Network Place Chicago, IL 60673-1228 | - | | | | | | | | 43,357.31 |
| Account No. | | | | | | | | | |
| **LEZZA SPUMONI AND DESSERT, INC.** 4001-09 St. Charles Road Bellwood, IL 60104 | - | | | | | | | | 230.30 |
| Account No. | | | | | | | | | |
| **LINDA LEE ENTERPRISES, d/b/a** FTS Insurance Agency 105 Schelter Road Lincolnshire, IL 60069 | - | | | | | | | | 1,252.00 |

Sheet no. __3__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

104,070.99

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re   **PORT SILVER LIMITED PARTNERSHIP**                                        ,     Case No. _____
                                            Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **MANCUSO CHEESE COMPANY** <br> **612 Mills Road** <br> **Joliet, IL 60433** | - | | | | | | | 5,820.73 |
| Account No. <br><br> **MASON, SILVER, WENK & MISHKIN** <br> **1033 Skokie Blvd.** <br> **Suite 250** <br> **Northbrook, IL 60062** | - | | | | | | | 9,340.00 |
| Account No. <br><br> **ORKIN COMMERCIAL SERVICES** <br> **200 East Howard Avenue** <br> **Suite 210** <br> **Des Plaines, IL 60018** | - | | | | | | | 171.60 |
| Account No. <br><br> **RUSSEL LUBLINER** <br> **2626 North Lakeview** <br> **Unit 403** <br> **Chicago, IL 60614** | - | | | | | | | 44,223.79 |
| Account No. <br><br> **SCALA'S PACKING COMPANY** <br> **701-707 North Orleans Street** <br> **Chicago, IL 60610** | - | | | | | | | 1,026.50 |

Sheet no. __4__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

60,582.62

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re   **PORT SILVER LIMITED PARTNERSHIP**   ,   Case No. _____
                                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **SCHWARTZ COOPER CHARTERED** <br> **180 N. La Salle Street** <br> **Suite 2700** <br> **Chicago, IL 60601** | - | | | | | | 0.00 |
| Account No. <br><br> **SOUTHERN WINE & SPIRITS OF ILLINOIS** <br> **135 South LaSalle Street** <br> **Dept. 2971** <br> **Chicago, IL 60674-2971** | - | | | | | | 2,580.94 |
| Account No. <br><br> **SUNNYSIDE FRESH FOODS** <br> **1411 South 4th Avenue** <br> **Des Plaines, IL 60018** | - | | | | | | 2,077.76 |
| Account No. <br><br> **SYSCO FOOD SERVICES** <br> **P. O. Box 5037** <br> **Des Plaines, IL 60017-5037** | - | | | | | | 8,990.97 |
| Account No. <br><br> **TOTAL MANAGEMENT SYSTEMS, INC.** <br> **900 West Fullerton** <br> **Addison, IL 60101** | - | | | | | | 927.63 |

Sheet no. __5__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **14,577.30**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037      Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **PORT SILVER LIMITED PARTNERSHIP**                              ,    Case No. _____
                                              Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **TURANO BAKING COMPANY** **36749 Eagle Way** **Chicago, IL 60678-1367** | - | | | | | | | 2,085.44 |
| Account No. | | | | | | | | |
| **WILLIAM J. KAMM & SONS, INC.** **7N024 Medinah Road** **P. O. Box 129** **Medinah, IL 60157-0129** | - | | | | | | X | 15,538.24 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __6__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **17,623.68**

Total
(Report on Summary of Schedules)    **485,791.41**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re **PORT SILVER LIMITED PARTNERSHIP**                                    Case No. _____

Debtor(s)                                    Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **10,000.00** |
| Prior to the filing of this statement I have received | $ | **10,000.00** |
| Balance Due | $ | **0.00** |

2.    The source of the compensation paid to me was:

   ■ Debtor        ☐ Other (specify):

3.    The source of compensation to be paid to me is:

   ■ Debtor        ☐ Other (specify):

4.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a.    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.    Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.    Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e.    [Other provisions as needed]

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **June 27, 2006**                         **/s/ JOSEPH E. COHEN**
                                                     **JOSEPH E. COHEN**
                                                     **COHEN & KROL**
                                                     **105 West Madison Street**
                                                     **Suite 1100**
                                                     **Chicago, IL 60602**
                                                     **312-368-0300  Fax: 312-368-4559**

---

# United States Bankruptcy Court

## Northern District of Illinois

In re    **PORT SILVER LIMITED PARTNERSHIP**                      ,    Case No. _____

Debtor

Chapter                    **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **None** | | | |

# DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Pres. of G.E.R. Higgins Corp.,gen.partner of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date____**June 27, 2006**_____    Signature **/s/ RUSSEL H. LUBLINER**_____

**RUSSEL H. LUBLINER**
**Pres. of G.E.R. Higgins Corp.,gen.partner**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

__**0**___ continuation sheets attached to List of Equity Security Holders

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re   **PORT SILVER LIMITED PARTNERSHIP**

Debtor(s)

Case No.

Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                                    **33**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **June 27, 2006**

**/s/ RUSSEL H. LUBLINER**

**RUSSEL H. LUBLINER/Pres. of G.E.R. Higgins Corp.,gen.partner**
Signer/Title

ANICHINI BROTHERS, INC.
545 North Wells Street
Chicago, IL 60610

DIPPOLD INTERNATIONAL, INC.
P. O. Box 52210
Detroit, MI 48255-2210

ABACUS OFFICE SUPPLY COMPANY
612 Mills Road
Joliet, IL 60433

ARC DISPOSAL COMPANY
P. O. Box 9001822
Louisville, KY 40290

EDWARD DON AND COMPANY
2562 Paysphere circle
Chicago, IL 60674

MASON, SILVER, WENK & MISHK
1033 Skokie Blvd.
Suite 250
Northbrook, IL 60062

BON TON
275 East Hintz Road
Wheeling, IL 60090

FOLEY & LARDNER
321 N. Clark
Chicago, IL 60610

ORKIN COMMERCIAL SERVICES
200 East Howard Avenue
Suite 210
Des Plaines, IL 60018

BRAVO RESTAURANTS, INC.
600 West Jackson Blvd.
Suite 200
Chicago, IL 60661

FRIEDMAN, GOLDBRG & MINTZ
2801 Lakeside Drive
3rd Floor
Bannockburn, IL 60015-1211

RUSSEL LUBLINER
2626 North Lakeview
Unit 403
Chicago, IL 60614

BRAVO RESTAURNATS, INC.
600 West Jackson Blvd.
Suite 200
Chicago, IL 60661

GRECO AND SONS, INC.
1550 Hecht Road
Bartlett, IL 60103

RUSSEL LUBLINER
2626 North Lakeview
Unit 403
Chicago, IL 60614

BUSINESS PAPER PRODUCTS
3057 North Rockwell
Chicago, IL 60618

HIGGINS ROAD LLC
c/o Schwartz Cooper Chartered
180 N. La Salle St., Ste 2700
Chicago, IL 60601

SCALA'S PACKING COMPANY
701-707 North Orleans Street
Chicago, IL 60610

CITY BEVERAGE-ARLINGTON HEIGHTS
1401 E. Algonquin Road
Arlington Heights, IL 60005

HIGGINS ROAD, LLC
9801 West Higgins Road
Suite 120
Rosemont, IL 60018

SCHWARTZ COOPER CHARTERE
180 N. La Salle Street
Suite 2700
Chicago, IL 60601

COMCAST
P. O. Box 3002
Southeastern, PA 19398-3002

JONES LANG LaSALLE AMERICAS, INC.
O'HARE PLAZA I, LLC
22806 Network Place
Chicago, IL 60673-1228

SOUTHERN WINE & SPIRITS OFIL
135 South LaSalle Street
Dept. 2971
Chicago, IL 60674-2971

CONWAY IMPORT CO.
11051 West Addison Street
Franklin Park, IL 60131-1496

LEZZA SPUMONI AND DESSERT, INC.
4001-09 St. Charles Road
Bellwood, IL 60104

SUNNYSIDE FRESH FOODS
1411 South 4th Avenue
Des Plaines, IL 60018

COZZINI, INC.
350 Howard
Des Plaines, IL 60018

LINDA LEE ENTERPRISES, d/b/a
FTS Insurance Agency
105 Schelter Road
Lincolnshire, IL 60069

SYSCO FOOD SERVICES
P. O. Box 5037
Des Plaines, IL 60017-5037

TOTAL MANAGEMENT SYSTEMS, INC.
900 West Fullerton
Addison, IL 60101


TURANO BAKING COMPANY
36749 Eagle Way
Chicago, IL 60678-1367


WILLIAM J. KAMM & SONS, INC.
7N024 Medinah Road
P. O. Box 129
Medinah, IL 60157-0129